# Exhibit A
# State-Court Documents

| SHERIFF'S ENTRY OF SERVICE | SC-85-2 |
|---|---|

Civil Action No. __1901613__

Date Filed __5-14-2019__

| | | | |
|---|---|---|---|
| Superior Court | ☐ | Magistrate Court | ☑ |
| State Court | ☐ | Probate Court | ☐ |
| Juvenile Court | ☐ | | |

Georgia, __Glynn__ COUNTY

Attorney's Address
W. Douglas Adams
P.O. Box 857
Brunswick, Ga 31521

__Frederick Lloyd__
Plaintiff

VS.

__AETNA Life Insurance Co.__
Defendant

Name and Address of Party to be Served
AETNA Life Insurance Company
c/o CT Corporation System
289 S. Culver Street
Lawrenceville, Gwinnett Co., Ga.
30046-4805

Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows age, about_____years; weight, about_____pounds; height, about_____feet and_____inches, domiciled at the residence of defendant.

**CORPORATION**
☐ Served the defendant _____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON-EST**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

This_____day of_____, _____

_____ DEPUTY

SHERIFF DOCKET_____ PAGE_____

WHITE-CLERK   CANARY-PLAINTIFF   PINK-DEFENDANT

IN THE MAGISTRATE COURT OF GLYNN COUNTY
STATE OF GEORGIA

FREDERINA LLOYD,                 *
                                 *
        Plaintiff,               *
vs.                              *
                                 *      CIVIL ACTION NO.:
AETNA LIFE INSURANCE             *      1901693
COMPANY,                         *
                                 *
        Defendant.               *
                                 *

## SUMMONS

TO THE ABOVE NAMED DEFENDANT:

**AETNA LIFE INSURANCE COMPANY**

You are hereby summoned and required to file with the Clerk of said Court and serve upon the Plaintiff's attorney, whose name and address is:

> W. DOUGLAS ADAMS, ESQUIRE
> 1829 Norwich Street
> Post Office Box 857
> Brunswick, Georgia 31521-0857

an answer to the Complaint which is herewith served upon you, within 30 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

This 14th day of May, 2019.

CLERK OF THE MAGISTRATE COURT

By: _____
    Deputy Clerk

Original filed in office this 14th day of May, 2019

Dep. _____
Clerk Magistrate's Court, Glynn County, Georgia

**IN THE MAGISTRATE COURT OF GLYNN COUNTY**
**STATE OF GEORGIA**

| | |
|---|---|
| FREDERINA LLOYD, | * |
| Plaintiff, | * |
| vs. | * |
| | * CIVIL ACTION NO.: |
| AETNA LIFE INSURANCE COMPANY, | * 1901693 |
| Defendant. | * |

## COMPLAINT

COMES NOW the Plaintiff, FREDERINA LLOYD, who files this her Complaint against the Defendant, AETNA LIFE INSURANCE COMPANY, hereinafter referred to as "AETNA", and respectfully shows the Court as follows, to-wit:

1. The Defendant AETNA LIFE INSURANCE COMPANY is a foreign corporation engaged in the insurance business in the State of Georgia who has appointed C T CORPORATION SYSTEM, 289 S. Culver Street, Lawrenceville, Gwinnett County, Georgia, 30046-4805, as its agent for service of process in the state of Georgia.

2. This Court has jurisdiction over this matter because the Plaintiff is a resident of Glynn County, Georgia.

3. The Plaintiff shows that she should have been paid under a long term disability insurance coverage insuring the Plaintiff, under group control number 621520 in the amount of $346.72 per month commencing on or before August, 2016 and continuing through the present time.

4. The Plaintiff shows that during the time that

the aforesaid policy was in full force and effect, the Plaintiff became disabled and unable to work commencing prior to August, 2016, and continuing through the present time.

5. The Plaintiff shows that she presented proof of her disability, but the Defendant has failed and refused to pay the Plaintiff the disability benefits she is entitled to receive.

6. The Plaintiff shows that she has made demand upon the Defendant that the Defendant pay the Plaintiff's claims for disability, more than 60 days prior to this suit being filed, but the Defendant has failed and refused to pay anything to the Plaintiff for her period of disability.

7. The Plaintiff shows that because the Defendant has acted in bad faith, the Plaintiff is entitled to recover policy benefits in the amount of $346.72 per month since that date; statutory penalties of 50% of the accrued amount; together with reasonable attorney's fees, but not more in the aggregate amount that the jurisdictional authority of this Court, unless this action is transferred to a Court of record.

WHEREFORE the Plaintiff prays:

A. That summons of process issue and the Defendant be served and required to Answer all as provided by law:

B. That the Plaintiff have judgment against the Defendant in the amount of $396.72 per month commencing

in August, 2016; Statutory penalties of 50% of the accrued amount of benefits; together with reasonable attorney's fees, but not more in the aggregate amount that the jurisdictional authority of this Court, unless this action is transferred to a Court of record, and the costs of this action.

_____
W. DOUGLAS ADAMS
Georgia Bar Number: 004650
ATTORNEY FOR PLAINTIFF

1829 Norwich Street
Post Office Box 857
Brunswick, Georgia 31521-0857
(912) 265-1966